# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DANIELLE M. VAUGHNS<br>#241333 | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3:24-CV-2123-S-BN |
| ERICA PITTMAN and KEVIN<br>PITTMAN | §<br>§<br>§ | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is **DISMISSED** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED October 2, 2024.

_____
**UNITED STATES DISTRICT JUDGE**